

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

June 15, 2022

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Xiuqing Weng, et al., v. Mayorkas, et al.*, No. 22 Civ. 2270 (RA)

Dear Judge Abrams:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate three Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request a forty-five-day extension of the time to respond to the complaint (*i.e.*, from July 5, 2022, to August 19, 2022). In addition, I respectfully request that the initial pretrial conference presently scheduled for June 24, 2022, be rescheduled for a date during the week of August 29, 2022, or thereafter (with a corresponding extension of time for the preconference submission).  *See* ECF No. 7.[1]

I respectfully request this extension and adjournment because USCIS is in the process of evaluating the Forms I-730 and needs additional time to consider next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action.  This is the government's first request for an extension of the deadline to respond to the complaint and request for an adjournment of the pretrial conference.  Plaintiff consents to these requests.

---

[1] Counsel for the government will not be available from August 5, 2022, through August 12, 2022.

Page 2

I thank the Court for its consideration of this letter.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

By:    s/ *Jacqueline Roman*
        JACQUELINE ROMAN
        Special Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Telephone: (347) 714-3363
        E-mail: jacqueline.roman@usdoj.gov
        *Attorney for Defendants*

cc:  Counsel of record (via ECF)

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
6/17/22