UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIUQING WENG, ZHIHENG JIANG, TIANXIANG JIANG, QIXUAN JIANG,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, TRACY RENAUD, and DONALD NEUFELD,<br><br>　　　　　　　　　　Defendants. | 22-CV-2270 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　　　The initial status conference is hereby rescheduled to September 9, 2022 at 3:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

SO ORDERED.

Dated:　　June 22, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　United States District Judge